# APPRAISAL AWARD

We, the undersigned, pursuant to our appointment as Appraisers and Umpire in the appraisal of the loss to the property at **6007 Clam Bayou Lane Sanibel, FL 33957** listed below arising out of physical damage caused by **Wind** occurring on or about **9/28/2022,** DO HEREBY CERTIFY that we have truly and conscientiously performed the duties assigned us in this appraisal involving the following policy of insurance:

| | |
|---|---|
| **COMPANY** | : QBE Insurance Company |
| **INSURED** | : Frederick & Sharon Olson |
| **POLICY NUMBER** | : OUA10131528-00 |
| **CLAIM NUMBER** | : 870096N |

WE DO HEREBY FURTHER CERTIFY that we have heard and seen all of the evidence offered by both the insured and the insurance company and have appraised and determine the amount of loss as follows:

## PROPERTY LOSS

| Items | RCV | Depreciation | ACV |
|---|---|---|---|
| **Dwelling** | $665,526.17 | $82,633.96 | $582,892.21 |
| **Ordinance or Law- Roof Surface** | $2,212.73 | $0.00 | $2,212.73 |
| **Ordinance or Law- Windows and Doors** | $40,791.00 | $0.00 | $40,791.00 |
| **Mold/Fungi** | Not Addressed in this Appraisal | $0.00 | Not Addressed in this Appraisal |
| **Screen Enclosure** | $35,252.24 | $3,934.23 | $31,318.01 |
| **Pool Area** | $18,241.35 | $423.72 | $17,817.63 |
| **Contents** | Not Addressed in this Appraisal | $0.00 | Not Addressed in this Appraisal |
| **ALE/Loss of Use** | As incurred per Policy Provisions | $0.00 | As incurred per Policy Provisions |
| **Ordinance or Law- All Other Damages** | As incurred per Policy Provisions | $0.00 | As incurred per Policy Provisions |
| **\*\*\*FEMA 50% Rule/Substantial Damage** | Not Addressed in this Appraisal | $0.00 | Not Addressed in this Appraisal |
| **Totals** | **$762,023.49** | **$86,991.91** | **$675,031.58** |

\*\*\* FEMA 50% Rule/Substantial Damage was presented during the appraisal process, however, this portion of the dispute is not ripe for appraisal and therefore could not be included or valued until such time as a final determination has been rendered by the building department's Floodplain Manager.

This is a compromise gross award subject to subtraction only of prior payments and deductibles. We do hereby award the foregoing sums as our appraisal award. This appraisal award is subject to the terms and conditions of the policy of insurance and the laws of the State of Florida.

WITNESS our hand this __30th__ day of __May_____, 2025.

_____  
**APPRAISER- Bob Davis**  
**For the Insurance Company**

_____ 5/30/2025 | 1:53 PM PDT  
**APPRAISER- George W. Keys**  
**For the Policy Holder**

_____  
**UMPIRE - Richard Collins**