UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 2:23-cv-00963

FREDERICK OLSON, SHARON OLSON, AND SHARON J. OLSON TRUST,

    Plaintiffs,

v.

QBE SPECIALTY INSURANCE COMPANY,

    Defendant.
_____/

## JOINT STATUS REPORT AND MOTION TO LIFT STAY

COME NOW, the Parties, pursuant to the Court's Order dated February 27, 2025 [D.E. 33], pursuant to Federal Rules of Civil Procedure , and hereby this Joint Status Report and Motion to Lift Stay and, in support thereof, state as follows:

1. The appraisal in this matter has completed and, pursuant to the Court's Order, has been contemporaneously filed under separate cover.

2. Accordingly, the parties request that this Honorable Court lift the stay of litigation to allow further proceedings to occur.

3. Plaintiffs submit that, upon payment of the appraisal award, the remaining proceedings shall be the filing of a motion for summary judgment/motion to deem the payment of the appraisal award a confession of judgment and to seek

interest and, pending the outcome of same, a motion for entitlement to attorney's fees and costs and a motion for leave to amend the complaint to include a count for bad faith. Defendant disputes that any such relief will be granted hence the need for motion practice on this issue.

4.  There will be no need to be placed on a trial docket as the resolution of the aforementioned motions will finalize the issues raised in the operative complaint.

5.  Upon payment of the appraisal award, the Plaintiff will be able to file its motions within 30 days.

**WHEREFORE**, for the foregoing reasons, the Parties respectfully request that this Honorable Court grant their Joint Status Report and Motion to Lift Stay and grant any and all other relief this Court deems just and proper.

Respectfully submitted this day, June 6, 2025, by:

| | |
|---|---|
| HINSHAW & CULBERTSON LLP | CASSEL & CASSEL, P.A. |
| Attorneys for Defendant | Attorneys for Plaintiffs |
| 2525 Ponce de Leon Boulevard | 4000 Hollywood Blvd. |
| 4th Floor | Suite 685-S |
| Coral Gables, FL 33134 | Hollywood, FL 33021 |
| t: (305) 358-7747 | t: (954) 589-5504 |
| f: (305) 577-1063 | f: (954) 900-1768 |
| | |
| */s/Joseph Manzo* | */s/Michael A. Cassel* |
| **Joseph Manzo, Esq.** | **Michael A. Cassel, Esq.** |
| Florida Bar No. 37646 | Florida Bar No. 97065 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on June 6, 2025, the foregoing document was filed with the Clerk of the Court, at which time all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through this Honorable Court's CM/ECF system or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

*/s/Michael A. Cassel*
**Michael A. Cassel, Esq.**
Florida Bar No. 97065

## SERVICE LIST

Joseph Manzo, Esq.
Hinshaw & Culbertson LLP
2811 Ponce De Leon Blvd.
Suite 1000, 10th Floor
Coral Gables, FL 33134
t: (305) 358-7747
f: (305) 577-1063
Service: JManzo@hinshawlaw.com; eriesgo@hinshawlaw.com; jhodges@hinshawlaw.com
Attorneys for Defendant